UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Donnie Hall, | Civil Action No.: 1:16-cv-03572-RBH |
| Plaintiff, | |
| v. | **ORDER** |
| Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, | |
| Defendant. | |

On October 30, 2017, Plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act,[1] asserting the position taken by Defendant in this action was not substantially justified. *See* ECF No. 20. On November 2, 2017, the parties filed a joint stipulation withdrawing Plaintiff's motion and agreeing to an award of $3,643.75 in attorney's fees and $22.67 in expenses. *See* ECF No. 21. The joint stipulation provides that the attorney's fees award should be paid to the claimant (not his attorney) and is subject to the Treasury Offset Program[2] if the claimant owes an outstanding debt to the federal government.

After careful consideration, the Court **ORDERS** Defendant to pay Plaintiff attorney's fees in the amount of $3,643.75, subject to the Treasury Offset Program provision in the parties' joint stipulation, and expenses in the amount of $22.67. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), the attorney's fees will be paid directly to the claimant and mailed to his attorney, with a copy sent to the claimant.

---

[1] 28 U.S.C. § 2412(d).

[2] 31 U.S.C. § 3716.

**IT IS SO ORDERED.**

November 8, 2017
Florence, South Carolina

s/ R. Bryan Harwell
R. Bryan Harwell
United States District Judge